FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 28, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| SETH REISENAUER,<br><br>    Plaintiff,<br><br>    v.<br><br>COLUMBIA DEBT RECOVERY d/b/a GENESIS CREDIT MANAGEMENT, LLC,<br><br>    Defendant. | No. 2:21-CV-00122-SAB<br><br>**ORDER GRANTING STIPULATED MOTION TO DISMISS ACTION WITH PREJUDICE**<br><br>**ECF No. 59** |
|---|---|

Pursuant to the parties' Stipulation for Dismissal, ECF No. 59, **IT IS HEREBY ORDERED**:

    1.    The parties' Stipulated Motion for Dismissal, ECF No. 59, is **GRANTED**.

    2.    The Clerk of the Court shall enter judgment of dismissal of the Complaint and the claims therein with prejudice and without costs or fees to any party. The Court previously directed that this matter be closed. *See* ECF No. 57.

    The Clerk of this court shall enter this Order and judgment and forward copies to counsel.

    **DATED** this 28th day of February 2024.



Stanley A. Bastian

United States District Judge

ORDER - 1